UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JEXON MADRID-FLORES, <br><br> Defendant. | Case No. 22-cr-190 (TNM) |

## VERDICT FORM

### WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS

1. **Count One:** Assault with a Dangerous Weapon in aid of racketeering of Cristian Hernandez on or about May 21, 2021.

   **Guilty** __X__              **Not Guilty** _____

With regard to Count Two of the Indictment, only consider Count Two of the Indictment if you have found the defendant guilty of Count One. If you have found the defendant not guilty of Count One, then you should not render a verdict on Count Two of the Indictment.

2. **Count Two:** Using, Carrying, Possessing, and Brandishing a Firearm During and In Relation to a Crime of Violence.

   **Guilty** __X__              **Not Guilty** _____

If you find the defendant guilty of Count Two, do you find that the defendant brandished or aided and abetted in the brandishing of a firearm?

Yes: __X__              No: _____

3. **Count Three:** Attempted Murder in aid of racketeering of Cristian Hernandez on or about May 21, 2021.

   **Guilty** __X__              **Not Guilty** _____

With regard to Count Four of the Indictment, only consider Count Four of the Indictment if you have found the defendant guilty of Count Three. If you have found the defendant not guilty of Count Three, then you should not render a verdict on Count Four of the Indictment.

4. **Count Four:** Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During and In Relation to a Crime of Violence.

   **Guilty** __X__                                       **Not Guilty** _____

   If you find the defendant guilty of Count Four, do you find that the defendant discharged or aided and abetted in the discharge of a firearm?

   **Yes:** __X__                                          **No:** _____

5. **Count Five:** Assault with Intent to Kill While Armed

   **Guilty** _____                                       **Not Guilty** __X__

6. **Count Six:** Aggravated Assault While Armed

   **Guilty** __X__                                        **Not Guilty** _____

BY: _____                    _____
       **FOREPERSON**                                           **JUROR NUMBER**

2